

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00343-CR

**IN RE** George **MUNOZ**, Jr.

Original Proceeding[1]

PER CURIAM

Sitting:        Irene Rios, Justice
                    Lori Massey Brissette, Justice
                    Adrian A. Spears, Justice

Delivered and Filed: July 23, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed his petition for writ of mandamus requesting this court order respondent to hold a hearing on an alleged motion for DNA testing and motion for evidentiary hearing. Relator has attached a copy of the docket from the underlying proceeding indicating that motions have been filed but has not included certified or sworn copies of the motions evidencing the contents therein. *See* TEX. R. APP. P. 52.7(a). The court has determined that relator is not entitled to relief on the petition and record filed. The petition for writ of mandamus is **DENIED**.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2015CR5575, styled *State of Texas v. George Munoz, Jr.*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Benjamin Robertson presiding.